**Robert T. ALLEN, a/k/a Thomas L. Duncan, a/k/a Thomas L. Fitzgerald, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42206.**

Missouri Court of Appeals, Western District.

June 5, 1990.

John A. Klosterman, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM.

Movant appeals from denial, after evidentiary hearing, of Rule 27.26 (repealed 1–1–88) motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**Patricia MONDT, Plaintiff–Appellant,**

v.

**Abdulhakim BACKUSH, et al., Defendants–Respondents.**

**No. WD 42060.**

Missouri Court of Appeals, Western District.

June 12, 1990.

John L. White, Norton, White & Norton, Kansas City, for plaintiff-appellant.

Robert Ernest Gould, Gould & Moore, Kansas City, for defendants-respondents.

Before TURNAGE, P.J., and LOWENSTEIN and GAITAN, JJ.

### ORDER

PER CURIAM:

Appeal from judgment entered on a claim for personal injuries.

Judgment Affirmed. Rule 84.16(b)